UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE FARM MUTUAL
AUTOMOBILE INS. CO., *et al.*,
Plaintiffs,
v.                                                      CASE NO. 8:20-cv-2428-T-33TGW

ROBERT LEWIN, D.C., *et al.*,
Defendants.
_____/

## ORDER

THIS CAUSE came on to be heard upon Defendants Robert Lewin, D.C.'s, 1-800-411-PAIN Referral Service, LLC's, and Path Medical LLC's Motion for a Protective Order Regarding Plaintiffs' Non-Party Subpoenas (Doc. 86) and the Defendants' Joint Motion for Protective Order Regarding Plaintiffs' Non-Party Subpoenas and to Join and Adopt (Doc. 87). For the reasons stated at the hearing, it is

ORDERED:

That Defendants Robert Lewin, D.C.'s, 1-800-411-PAIN Referral Service, LLC's, and Path Medical LLC's Motion for a Protective Order Regarding Plaintiffs' Non-Party Subpoenas (Doc. 86) and Defendants' Joint Motion for Protective Order Regarding Plaintiffs' Non-Party Subpoenas and to Join and Adopt (Doc. 87) are **GRANTED**.

Accordingly, the subpoenas *duces tecum* served upon: Path Medical Center Holdings, Inc., dated June 8, 2021 (Doc. 86-1); GreatBanc Trust Company, dated June 8, 2021 (Doc. 86-2); and Keefe, McCullough & Co., LLP, dated June 8, 2021 (Doc. 86-3) are hereby **QUASHED**.

DONE and ORDERED at Tampa, Florida, this 20th day of August, 2021.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE