UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE FARM MUTUAL
AUTOMOBILE INS. CO., *et al.*,
Plaintiffs,
v.                                    CASE NO. 8:20-cv-2428-T-33TGW

ROBERT LEWIN, D.C., *et al.*,
Defendants.
_____/

## ORDER

THIS CAUSE came on for consideration upon Defendants Robert Lewin, D.C.'s, 1-800-411-PAIN Referral Service, LLC's, and Path Medical LLC's Motion for a Protective Order Regarding Plaintiffs' Non-Party Subpoena to Kevin Johnson (Doc. 96). This subpoena *duces tecum* has the same deficiencies identified by the court during the August 20 hearing on the defendants' Motion for a Protective Order Regarding Plaintiffs' Non-Party Subpoenas (Doc. 86).

It is, therefore, upon consideration,

ORDERED:

That Defendants Robert Lewin, D.C.'s, 1-800-411-PAIN Referral Service, LLC's, and Path Medical LLC's Motion for a Protective Order Regarding Plaintiffs' Non-Party Subpoena to Kevin Johnson (Doc.

96) is **GRANTED**. Accordingly, the subpoena *duces tecum* served upon Kevin Johnson, dated July 9, 2021(Doc. 96-1) is hereby **QUASHED**.

DONE and ORDERED at Tampa, Florida, this 20th day of August, 2021.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE